1  ANDREW R. NEILSON, State Bar No. 221694
   FULVIO F. CAJINA, State Bar. No. 289126
2  LAW OFFICES OF ANDREW NEILSON & FULVIO CAJINA
3    528 Grand Avenue
     Oakland, CA 94610
4    Telephone: (415) 462-6200
     Facsimile: (510) 350-8598
5    E-mail: aneilson@aneilsonlaw.com
     fulvio@cajinalaw.com
6  *Attorneys for Plaintiffs KAREN LEGG and MICHELLE LEGG*

7  ROB BONTA
   Attorney General of California
8  JEFFREY T. FISHER
   Supervising Deputy Attorney General
9  JENNIFER J. NYGAARD
   Deputy Attorney General
10 State Bar No. 229494
     1515 Clay Street, 20th Floor
11   P.O. Box 70550
     Oakland, CA  94612-0550
12   Telephone:  (510) 879-0802
     Fax:  (510) 622-2270
13   E-mail:  Jennifer.Nygaard@doj.ca.gov
   *Attorneys for Defendant CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KAREN LEGG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.,**<br><br>Defendants. | 4:21-cv-01963-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT CDCR'S TIME TO RESPOND TO THE COMPLAINT, AND CONTINUE THE CASE MANAGEMENT CONFERENCE**<br> (as modified)<br><br>Judge:  The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:  Not Scheduled<br>Action Filed: March 19, 2021 |

1

Stip. and Order Extend CDCR's Time Respond Compl., Cont. Case Mgmnt. Conf. (4:21-cv-01963-HSG)

Under Civil Local Rule 6-1(a), Plaintiffs Karen Legg and Michelle Legg ("Plaintiffs"), and Defendant California Department of Corrections and Rehabilitation ("CDCR") (collectively "The Parties") stipulate and agree that the time for Defendant CDCR to respond to the complaint (ECF No. 1) is extended from June 18, 2021 to July 23, 2021.

The Parties also stipulate that Plaintiffs may file an amended complaint by July 9, 2021, and that, if Plaintiffs do file an amended complaint on or before July 9, 2021, Defendant CDCR shall respond to the amended complaint by July 23, 2021.

Furthermore, in accordance with Civil Local Rules 7-12 and 16-2(e), the Parties further stipulate, subject to the Court's approval, to continue the case management conference currently set for June 29, 2021, to August 31, 2021, or a date thereafter that is convenient for the Court.

Dated: June 16, 2021　　　　　　　　　　　Respectfully submitted,

By: /s/ Andrew R. Neilson
　　/s/ Fulvio Cajina
Andrew R. Neilson
Fulvio F. Cajina
*Attorneys for Plaintiffs Karen Legg and Michelle Legg*

Dated: June 16, 2021

By: /s/ Jennifer J. Nygaard
Jennifer J. Nygaard
Deputy Attorney General
*Attorney for Defendant CDCR*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The case management conference will be held on August 31, 2021 at 2 p.m.

Dated: 6/21/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge

2

Stip. and Order Extend CDCR's Time Respond Compl., Cont. Case Mgmnt. Conf. (4:21-cv-01963-HSG)