ANDREW R. NEILSON, State Bar No. 221694
FULVIO F. CAJINA, State Bar. No. 289126
LAW OFFICES OF ANDREW NEILSON & FULVIO CAJINA
528 Grand Avenue
Oakland, CA 94610
Telephone: (415) 462-6200
Facsimile: (510) 350-8598
E-mail: aneilson@aneilsonlaw.com
fulvio@cajinalaw.com
*Attorneys for Plaintiffs KAREN LEGG and MICHELLE LEGG*

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
JENNIFER J. NYGAARD
Deputy Attorney General
State Bar No. 229494
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone:  (510) 879-0802
Fax:  (510) 622-2270
E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendant CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KAREN LEGG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.,**<br><br>Defendants. | 4:21-cv-01963-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT CDCR'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:       The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:   Not Scheduled<br>Action Filed:  March 19, 2021 |

1

1    Under Civil Local Rule 6-1(a), Plaintiffs Karen Legg and Michelle Legg ("Plaintiffs"), and

2  Defendant California Department of Corrections and Rehabilitation ("CDCR") (collectively "The

3  Parties") stipulate and agree that the time for Defendant CDCR to respond to the First Amended

4  Complaint (ECF No. 18) is extended from July 23, 2021 to August 23, 2021.

5

6    Dated:  July 23, 2021                          Respectfully submitted,

7

8                                          By: /s/ Andrew R. Neilson
                                              /s/ Fulvio Cajina
9                                          Andrew R. Neilson
                                           Fulvio F. Cajina
10                                         *Attorneys for Plaintiffs Karen Legg and*
                                           *Michelle Legg*
11

12

13   Dated:  July 23, 2021                   By:  /s/ *Jennifer J. Nygaard*
                                           Jennifer J. Nygaard
14                                         Deputy Attorney General
                                           *Attorney for Defendant CDCR*
15

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19  Dated:  _____7/26/2021_____        *[signature]*
                                       HAYWOOD S. GILLIAM, JR.
20                                     United States District Judge

21

22

23

24

25

26

27  SF2021401066
    Stip. and Order Extend CDCR's Time to Respond to FAC.docx
28

Stip. and Order Extend CDCR's Time Respond First Am. Compl. (4:21-cv-01963-HSG)