IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN LEGG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.,**<br><br>Defendants. | Case No. 4:21-cv-01963-HSG<br><br>**ORDER DENYING JOINT ADMINISTRATIVE MOTION AND STAYING ALL PROCEEDINGS** |

Plaintiffs Karen Legg and Michelle Legg, and Defendant California Department of Corrections and Rehabilitation (collectively "the Parties") jointly move under Local Rule 7-11 to stay all proceedings six months. After considering the Parties' arguments, the Court denies the motion to stay.

All proceedings are stayed until February 17, 2022. This stay may be lifted earlier if requested by the Parties, or on further consideration by the Court.

IT IS SO ORDERED.

Dated: _____8/18/2021_____

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

1