UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LYFT INC. SECURITIES LITIGATION | Case No. 19-cv-02690-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on August 31, 2021. Having considered the parties' proposals, *see* Dkt. No. 180, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to Seek Leave to Amend | September 30, 2021 |
| Close of Fact Discovery | March 4, 2022 |
| Exchange of Opening Expert Reports | March 18, 2022 |
| Exchange of Rebuttal Expert Reports | April 18, 2022 |
| Close of Expert Discovery | May 8, 2022 |
| Deadline to File Dispositive Motions | May 26, 2022 |
| Deadline to File Oppositions | June 26, 2022 |
| Deadline to File Replies | July 21, 2022 |
| Hearing on Dispositive Motions | August 11, 2022, at 2:00 p.m. |
| Pretrial Conference | November 15, 2022, at 3:00 p.m. |
| Jury Trial (10 days) | December 5, 2022, at 8:30 a.m. |

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge