UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LEGG, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.,<br><br>        Defendants. | Case No. 21-cv-01963-HSG<br><br>**ORDER DENYING PENDING MOTIONS WITHOUT PREJUDICE AND STAYING OTHER PROCEEDINGS**<br><br>Re: Dkt. Nos. 24, 38 |

In light of the Order of Limited Assignment entered in this case, *see* Dkt. No. 41, the pending motions to dismiss at Docket Nos. 24 and 38 are **DENIED WITHOUT PREJUDICE.** Judge Orrick will issue an order setting out a briefing and hearing schedule to resolve the identified common issues under Case 3:22-mc-80066-WHO *In re CIM-SQ Transfer Cases*. All case management dates in this case are VACATED and proceedings other than those ordered by Judge Orrick are STAYED. Dates will be reset once the common issues have been resolved.

**IT IS SO ORDERED.**

Dated: 3/10/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge