ANDREW R. NEILSON, State Bar No. 221694
FULVIO F. CAJINA, State Bar. No. 289126
LAW OFFICES OF ANDREW NEILSON & FULVIO CAJINA
  528 Grand Avenue
  Oakland, CA 94610
  Telephone: (415) 462-6200
  Facsimile: (510) 350-8598
  E-mail: aneilson@aneilsonlaw.com
  fulvio@cajinalaw.com
*Attorneys for Plaintiffs KAREN LEGG and MICHELLE LEGG*

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
JENNIFER J. NYGAARD
Deputy Attorney General
State Bar No. 229494
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0802
  Fax:  (510) 622-2270
  E-mail:  Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Broomfield, CDCR,*
*Davis, Diaz, and Estate of Tharratt*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KAREN LEGG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), et al.,**<br><br>Defendants. | 4:21-cv-01963-HSG<br><br>**STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Judge:   The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:   Not Scheduled<br>Action Filed:   March 19, 2021 |

1

In light of the pending appeal in *In re CIM-SQ Transfer Cases* (9th Cir. Case No. 22-16088), Plaintiffs Karen Legg and Michelle Legg, and Defendants Broomfield, California Department of Corrections and Rehabilitation, Davis, Diaz, and Estate of Tharratt (collectively "The Parties") stipulate and request that the court vacate the August 30, 2022 Case Management Conference.

Dated: August 23, 2022                          Respectfully submitted,

                                                By: */s/ Andrew R. Neilson*
                                                    */s/ Fulvio Cajina*
                                                Andrew R. Neilson
                                                Fulvio F. Cajina
                                                *Attorneys for Plaintiffs Karen Legg and*
                                                *Michelle Legg*

Dated: August 23, 2022                          By: /s/ *Jennifer J. Nygaard*
                                                Jennifer J. Nygaard
                                                Deputy Attorney General
                                                *Attorney for Defendants Broomfield, CDCR,*
                                                *Davis, Diaz, and Estate of Tharratt*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/24/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

SF2021401066   Stip to vacate CMC.docx